# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JOSE MENJIVAR-MANCIA,** <br><br> **Defendant** | Crim. No. 18-10079 <br><br> **Violation:** <br> **Unlawful Re-Entry,** <br> **8 U.S.C. § 1326** |

## INDICTMENT

**COUNT ONE:** (8 U.S.C. § 1326--Unlawful Re-entry of Deported Alien)

The Grand Jury charges that:

On or about March 2, 2018, in or about Boston, in the District of Massachusetts,

### JOSE MENJIVAR-MANCIA,

defendant herein, being an alien and having been excluded, removed, and deported from the United States on or about May 31, 2007, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Sections 202(3)-(4), and 557.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

_____
KENNETH G. SHINE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS;

March 29, 2018

Returned into the District Court by the Grand Jurors and filed.

_Kellyann Moore_
DEPUTY CLERK
3/29/18 @ 8:20 am KM